Michele Besso, WSBA#17423
Northwest Justice Project
510 Larson Bldg., 6 South 2nd Street
Yakima, WA 98901
509.574.4234

Mary Welch, WSBA#29832
Northwest Justice Project
1814 Cornwall Ave.
Bellingham, WA  98226
360.734.8680

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEDRO MENDEZ GIRON, JOSE SANTOS MARQUEZ, JOSE SANTOS MEZA, LUCAS LOPEZ LOPEZ, DARINEL SANTOS MARQUEZ, JOAQUIN SOLIZ ROBLERO, ADOLFO BAUTISTA PEREZ, MARIANO PEREZ PEREZ, PEDRO GUZMAN GIRON, JUAN LOPEZ GOMEZ, VICENSIO RAMIREZ ROBLEDO, ABRAHAM GIRON SANTIZ, EDGAR MORALES CRUZ, TAYDE DE LEON, JAVIER JIMENEZ LUNA, and EMIR MORALES PEREZ<br><br>Plaintiffs,<br><br>vs.<br><br>5 STAR FORESTRY, LLC, MICHAEL DOMINGUEZ and LISA DOMINGUEZ, a marital community,<br>Defendants. | No.  CV-13-0153-JLQ<br><br>**STIPULATION OF DISMISSAL** |

- 1 STIPULATION OF DISMISSAL

**Northwest Justice Project**
510 Larson Building
6 S 2nd Street
Yakima, WA 98901
Tel. (509) 574-4234  Fax (509) 574-4238

The parties to the above entitled action, by the undersigned attorneys, stipulate that the claims asserted in this action have been fully settled and that this action may be dismissed pursuant to Fed.R.Civ.P. 41 (a)(1)(ii) with prejudice and without an award of costs to either party.

Dated this 23rd day of June, 2014.

NORTHWEST JUSTICE PROJECT

__/s /_____
By:   Michele Besso, WSBA #17423
      Attorneys for Plaintiffs


CAMPBELL & BISSELL, PLLC.

_/s/_ per e-mail authorization __
By:   Erik H. Thorleifson, WSBA #41990
      Attorneys for Defendants

- 2 STIPULATION OF DISMISSAL

**Northwest Justice Project**
510 Larson Building
6 S 2nd Street
Yakima, WA 98901
Tel. (509) 574-4234  Fax (509) 574-4238

CERTIFICATE OF SERVICE

I hereby certify that on June 23rd, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Erik H. Thorleifson: ethor@cambell-bissell.com

DATED this 23rd day of June, 2014.

By: /s/ Estella M. Del Villar
Estella M. Del Villar, Legal Assistant for
Michele Besso, WSBA #17423
Attorney for Plaintiffs

- 3 STIPULATION OF DISMISSAL

**Northwest Justice Project**
510 Larson Building
6 S 2nd Street
Yakima, WA 98901
Tel. (509) 574-4234  Fax (509) 574-4238